UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-23583

CHRISTOPHER SADOWSKI,

    Plaintiff,

V.

THE BILTMORE HOTEL LIMITED
PARTNERSHIP,

    Defendant.
_____/

**DEFENDANT BILTMORE HOTEL LIMITED PARTNERSHIP'S
RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR
MEDIATOR SELECTION**

Defendant The Biltmore Hotel Limited Partnership ("Biltmore" or "Defendant"), by and through its undersigned counsel, hereby responds to Plaintiff's Motion for Extension of Time for Mediator Selection [D.E. 12], and states as follows:

1. On October 31, 2024, the Court issued the Scheduling Order

2. From November 6, 2024 – November 13, 2024, counsel for the parties communicated with regularity about the proposed mediators.

3. In the afternoon on November 19, 2024, an assistant to Counsel for Plaintiff sent a reminder about the November 20, 2024 deadline, but did not state a specific deadline time on November 20, 2024.

4. Late in the afternoon on November 20, 2024, with no additional communication via phone or email to Counsel for the Biltmore, Counsel for Plaintiff made its filing.

5. From late in the afternoon of November 20, 2024 through the date of this filing the Parties were in communication with regard to selection of a mediator.

6. Counsel for the Biltmore and Counsel for Plaintiff have engaged in an ongoing discussion of possible mediation dates.

7. The Parties have not yet finalized the scheduling of a mediator.

8. Given that the deadline for mediator selection/scheduling is on Friday, December 6, 2024, and given the recent correspondence between the Parties, the Biltmore respectfully requests that the court extend the deadline for selecting and scheduling mediation to December 18, 2024.

9. Counsel for Plaintiff consented to the request in Paragraph Eight herein via an email sent on December 4, 2024 at approximately 12:28 PM.

Dated: December 4, 2024

Respectfully submitted,

By: /s/ Heidi H. Tandy
Heidi H. Tandy, Esq.
*Counsel for Defendant*
FL Bar No.: 163864
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: HTandy@bergersingerman.com
DRT@bergersingerman.com
mramos@bergersingerman.com
jmaldonado@bergersingerman.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2024, a true and complete copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record on the service list.

By: */s/ Heidi H. Tandy*
Heidi H. Tandy, Esq.

**SERVICE LIST**

Daniel Desouza, Esq.
Florida Bar No. 19291
**COPYCAT LEGAL PLLC**
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

*Counsel for Plaintiff*